**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

August 26, 2026

By ECF
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: ***Saquinga Lema v. Haynes, et al.*, No. 26 Civ. 7115 (ER)**

Dear Judge Ramos:

This Office represents the government in the above-referenced immigration habeas corpus action brought by Petitioner Seguendo Byron Saquinga Lema, a noncitizen challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). On August 25, 2026, the Court granted Petitioner's habeas petition and ordered his immediate release. ECF No. 9. The Court further ordered the government to certify compliance with the Court's order no later than August 26, 2026, at 12:00 p.m. *Id.*

I write respectfully to confirm that, in accordance with the Court's August 25, 2026, order, ICE released Petitioner from detention on August 25, 2026, at approximately 6:24 p.m.

I thank the Court for its consideration of this letter.

The Clerk of the Court is respectfully directed to close the case.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 27, 2026
New York, New York

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ *Erica Silverman*
ERICA SILVERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2696
E-mail: erica.silverman@usdoj.gov

cc: Counsel of Record (by ECF)