**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

SEGUNDO BYRON SAQUINGA LEMA,

Petitioner,

-against-

HAYNES, et al.,

Respondents.

----------------------------------------------------------X

26 **CIVIL** 7115 (ER)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 25, 2026, the Petition is GRANTED for the reasons set forth in the government’s letter. The government is directed to immediately release the Petitioner from custody and certify compliance with the Court’s order by filing an entry on the docket no later than August 26, 2026, at 12:00 p.m. The government is further directed to serve the Petitioner’s counsel with a copy of this order via email at the address listed in the Petition.

It is further ordered that the Petitioner “shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, where the government will have the burden of showing that his detention is authorized.

**DATED:** New York, New York
August 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** ______________________

**Deputy Clerk**